IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN THE MATTER OF THE SEARCH OF   )
FAST CASH TAX LOCATED AT 3026    )   ~~CR. MISC. NO.~~ 2: 08 mj-7- SRW
BUCKBOARD ROAD, SUITE F,         )
MONTGOMERY, ALABAMA 36116        )

## ORDER SEALING SEARCH WARRANT AFFIDAVIT

On Motion of the United States Attorney and for good cause shown, it is hereby ORDERED

that the search warrant affidavit listed above is hereby sealed and to be kept secret until further

investigation on this case is completed.

DONE this the _8th_ day of February, 2008.

_____

UNITED STATES MAGISTRATE JUDGE