IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: THE MATTER OF ) | |
| THE SEARCH OF ) | CASE NO.: 2:08mj007-SRW |
| FAST TAX CASH, LLC ) | |

## **ORDER**

Upon consideration of Loretta Ferguson's motion to return seized property (Doc. # 6), filed February 14, 2008, and for good cause, it is

ORDERED that Counsel for all parties are DIRECTED to meet and confer in person or by telephone on or before February 27, 2008 in a good faith effort to narrow the issues or resolve the dispute. If the motion is not resolved, the government shall file a response to the motion on or before February 29, 2008.

DONE, this 20th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE