IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: THE MATTER OF           )           CR. NO. 2:08mj007-SRW
THE SEARCH OF FAST CASH, LLC   )

**ORDER**

Upon consideration of the government's motion to continue response date (Doc. # 9), filed February 25, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The government shall file its response to the motion for return of property on or before March 17, 2008.

DONE, this 27th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE