IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: THE MATTER OF          )          CR. NO. 2:08mj007-SRW
THE SEARCH OF FAST CASH, LLC  )

**ORDER**

Upon consideration of the government's second motion to continue response date (Doc. # 11), filed March 17, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The government shall file its response to the motion for return of property on or before April 7, 2008.

Done, this 19th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE