**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| IN RE:  THE MATTER OF | ) | |
| THE SEARCH OF | ) | CASE NO.:    2:08-mj-00007-SRW-1 |
| FAST TAX CASH, LLC | ) | |

**MOTION TO DISMISS**

COMES NOW Loretta Fergerson d/b/a Fast Tax Cash, LLC, by and through counsel, and files this Motion to Dismiss her motion for recovery or review of property without prejudice and with leave to reinstate.  The Government had no objection to this motion nor does the Government object to an order allowing the petitioner to reinstate or refile her motion.

Respectfully submitted this the 1st day of April, 2008.


/s/ George L. Beck, Jr.
GEORGE L. BECK, JR. (BEC011)


**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:  (334) 241-8002
Facsimile:  (334) 241-8202
Email:  glb@chlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 1st, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew O. Schiff
United States Attorney's Office
Middle District of Alabama
P.O. Box 197
Montgomery, AL 36101-0197
Email: andrew.schiff@usdoj.gov

Christopher A. Snyder
Assistant United States Attorney
131 Clayton Street
Montgomery, AL  36104
Email:  christopher.a.snyder@usdoj.gov

                                             /s/ George L. Beck, Jr.
                                             GEORGE L. BECK, JR. (BEC011)