IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: THE MATTER OF ) | |
| THE SEARCH OF ) | CASE NO.: 2:08mj007-SRW |
| FAST TAX CASH, LLC ) | |

**ORDER**

Upon consideration of Loretta Ferguson's motion to dismiss her motion for recovery or review of property (Doc. # 13)filed April 1, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 3rd day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE